Entered: January 24, 2023
Signed:  January 24, 2023

**SO ORDERED**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.:   22–15810 – NVA     Chapter:   7

In Re: Debtor (names used by the debtor in the last 8 years, including married, maiden, trade, and address):

Chil S Chong
*debtor has no known aliases*
2045 Myrtlewood Road
Baltimore, MD 21209

Social Security No.:   xxx–xx–9321

Employer's Tax I.D. No.:

## FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above–named debtor on 10/21/22.

The estate of the above–named debtor has been fully administered.

ORDERED, that Morgan W. Fisher is discharged as trustee of the estate of the above–named debtor; and the Chapter 7 case of the above named debtor is closed.

**End of Order**

fnldec – *LisaLAAlexander*